# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

BRENDA JENKINS, et al.,  
   Plaintiffs,

vs.

VETERANS OF FOREIGN  
WARS POST 8850, et al.,  
   Defendants.

Case No. 1:10-cv-913  
Litkovitz, M.J.

**ORDER**

The parties have reached a settlement in this matter following a settlement conference held on July 31, 2012.

It is **ORDERED** that this action is **DISMISSED** with prejudice. It is provided that any of the parties may, upon good cause shown within thirty (30) days from the date of this Order, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement agreement for the purposes of its enforcement.

**IT IS SO ORDERED.**

*[signature]*  
Karen L. Litkovitz, Magistrate Judge  
United States District Court