UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDA JENKINS, et al.,
    Plaintiffs,

Case No. 1:10-cv-913
Litkovitz, M.J.

vs.

VETERANS OF FOREIGN
WARS POST 8850, et al.,
    Defendants.

**ORDER**

The parties have reached a settlement in this matter following a settlement conference held on July 31, 2012.

It is **ORDERED** that this action is **DISMISSED** with prejudice. It is provided that any of the parties may, upon good cause shown within thirty (30) days from the date of this Order, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement agreement for the purposes of its enforcement.

**IT IS SO ORDERED.**

_____
Karen L. Litkovitz, Magistrate Judge
United States District Court